SCOTT N. SCHOOL, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JALIL TEHRANIAN, | ) | Case No. 07-4208 JW |
|          Plaintiff, | ) | |
| | ) | |
|    v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, Attorney General | ) | **[PROPOSED] ORDER** |
| of the United States; *et al.*, | ) | |
| | ) | |
|          Defendants. | ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C 07-4208 JW               1

1   Date: November 16, 2007                     Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4
                                                        /s/
5                                               EDWARD A. OLSEN
                                                Assistant United States Attorney
6                                               Attorneys for Defendants

7

8

9                                                       /s/
    Date: November 16, 2007                     JERRY SHAPIRO
10                                              Attorney for Plaintiff

11

12                                    **ORDER**

13       Pursuant to stipulation, IT IS SO ORDERED. The Court terminates all pending deadlines

    and hearings.  The Clerk shall close the file.
14

15   Date:  November 28, 2007           _____
                                                JAMES WARE
16                                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

    Stipulation to Dismiss
    C 07-4208 JW                          2